(135 So. 594)

### Ed PACK v. STATE.
### 7 Div. 692.

Court of Appeals of Alabama.
May 19, 1931.

Rehearing Denied June 9, 1931.

Haralson & Son, of Ft. Payne, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

BRICKEN, P. J.

Affirmed upon authority of Clyde Langston v. State, ante, p. 341, 135 So. 593. This is a companion case thereto, and the points of decision involved are identical.

Affirmed.